**Denied Order Entered September 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00219-CV**

**IN RE TEKIN & ASSOCIATES, LLC, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01986-B**

**ORDER**

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE